In the Matter of the Accounting of SAMUEL J. TESSIER et al., as Executors of EDWARD J. HEFFERNAN, Deceased, Respondents.

JESSE STILES, as Executor of LORING F. FREEMAN, Deceased, Appellant.

*Guaranty — when guarantor of rent reserved in lease discharged by changes in lease without his consent.*

*Matter of Tessier,* 193 App. Div. 916, affirmed.
(Argued February 28, 1921; decided March 15, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 15, 1920, reversing so much of a decree of the Saratoga County Surrogate's Court as adjudged that the appellant herein had a valid claim against the estate of Edward J. Heffernan, deceased, and directed payment thereof. The deceased, prior to his death, had guaranteed

payment of rent reserved in a lease.   The lessee defaulted in the rent and this action was brought to recover on the guaranty.   The defense was and the Appellate Division held that certain changes made in the lease, without the consent of the surety, discharged him from his obligation.

*James W. Lester* for appellant.

*A. F. Walsh* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.